UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE:   Minesh PRASAD
Docket Number:   2:03CR00202-04
RELEASE OF CONFIDENTIAL INFORMATION

Your Honor:

The United States Department of Homeland Security, Office of Immigration and Customs Enforcement has requested a copy of Mr. Prasad's presentence report relating to his federal conviction for evidence in his removal proceedings. Because this information is confidential, the Court would have to approve disclosing the information requested. Please advise the undersigned officer how to proceed in this matter.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**

Dated:   February 1, 2007
Sacramento, California
KMM:jz

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

cc:   Benjamin Wagner
S. Robert Tice-Raskin
Assistant United States Attorneys

Hayes H. Gable
Defense Counsel

1

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:     Minesh PRASAD**
**Docket Number:   2:03CR00202-04**
**<u>RELEASE OF CONFIDENTIAL INFORMATION</u>**

---

**ORDER OF THE COURT:**

The United States Probation Office has the Court's approval to disclose the defendant's presentence report to the United States Department of Homeland Security, Immigration and Customs Enforcement Agency.

**Granted** _____X_____     **Denied** _____

Dated:  February 5, 2007

_[signature]_
GARLAND E. BURRELL, JR.
United States District Judge